IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY OF AMERICA | : : : | CIVIL ACTION<br><br>No. 24-1056 |
| v. | : : | |
| PING AN PROPERTY & CASUALTY INSURANCE COMPANY OF CHINA, LTD., et al. | : : : | |

**ORDER**

AND NOW, this 30th day of September, 2025, upon consideration of Defendant Ping An Property & Causalty Insurance Company of China, LTD.'s Motion to Stay Pending Arbitration and to Compel Arbitration (ECF No. 31), Plaintiff's Phoenix Insurance Company of America Response in Opposition (ECF No. 35), the briefings on the Motion, it is ORDERED as follows:

1. The Motion (ECF No. 31) is GRANTED insofar as Defendant Ping An Property & Causalty Insurance Company of China and Phoenix Insurance Company of America are referred to arbitration as outlined in the October 20, 2015 Master Supply Agreement.

2. This case is STAYED pending the outcome of arbitration; and

3. The parties shall file a written status report within one week of the arbitration decision on arbitrability.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

1